IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT EMMETT HELLMERS, III** | § | **PETITIONER** |
| | § | |
| v. | § | Civil No. 1:17cv91-HSO-JCG |
| | § | |
| **BEVERLY McGILL** | § | **RESPONDENT** |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [15] of United States Magistrate Judge John C. Gargiulo, entered in this case on January 8, 2018, and the Motion to Dismiss [12] filed by Respondent Beverly McGill on June 1, 2017. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [15], Respondent's Motion to Dismiss [12], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED** as moot and for failure to prosecute and obey the Court's Orders.

**SO ORDERED AND ADJUDGED**, this the 15th day of February, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE